# United States Court of Appeals
## For the First Circuit

No. 01-2600

LAUREL CASEY and ASTERIX AND OBELIX, LLC,

Plaintiffs, Appellants,

v.

CITY OF NEWPORT, RHODE ISLAND

Defendant, Appellee.

ERRATA SHEET

The opinion of this court issued October 16, 2002, should be amended as follows:

On page 27, footnote 10:  "As we have explained," should be replaced with "As the Supreme Court has explained,"